IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Miles, Betty J

Printed: 03/10/09

Case Number: 07 B 21927
Judge: Wedoff, Eugene R
Filed: 11/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 8, 2009
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,555.26 |  |
| Secured: |  | 1,520.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,343.00 |
| Trustee Fee: |  | 255.44 |
| Other Funds: |  | 436.14 |
| Totals: | 4,555.26 | 4,555.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,343.00 | 2,343.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 3,546.67 | 575.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 11,290.03 | 945.68 |
| 5. | Credit First | Unsecured | 101.83 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 425.51 | 0.00 |
| 7. | National Capital Management | Unsecured | 102.88 | 0.00 |
| 8. | Bass & Associates | Unsecured | 7.91 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 190.45 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 641.80 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 88.99 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 130.20 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 358.83 | 0.00 |
| 14. | Radio Shack | Unsecured |  | No Claim Filed |
| 15. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
| 16. | Bank One | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,228.10 | $ 3,863.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 65.42 |
| 6.5% | 122.85 |
| 6.6% | 67.17 |
|  | $ 255.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Miles, Betty J | Case Number: 07 B 21927 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 11/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*